## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RICHARD PAUL HOUGH,** | § | **CIVIL ACTION NO.** |
| **PETER J. GAUNT, AND** | § | **3:23-CV-01279-JWD-EWD** |
| **THE ESTATE OF LARRY KYZER,** | § | |
| | § | **DISTRICT JUDGE** |
| *Plaintiffs*, | § | **HON. JOHN W. deGRAVELLES** |
| | § | |
| **VERSUS** | § | |
| | § | **MAGISTRATE JUDGE** |
| **ORBITAL ENGINEERING, INC.,** | § | **HON. ERIN WILDER-DOOMES** |
| | § | |
| *Defendant.* | § | |

### PLAINTIFFS' MOTION FOR LEAVE TO AMEND ORIGINAL COMPLAINT FOR DECLARATORY JUDGMENT

**COME NOW** Plaintiffs Richard Paul Hough, Peter J. Gaunt, and the Estate of Larry Kyzer (collectively "Plaintiffs"), and hereby move pursuant to this Honorable Court *Order* of October 4, 2023 [R. Doc. 9] for leave to amend their previously-filed *Original Complaint for Declaratory Judgment* to clarify with specificity the diversity of the parties so as to address the issue of this Court's jurisdiction over Plaintiffs' claims and the Parties. No responsive pleading has been filed by Defendant to the *Complaint for Declaratory Judgment*, and Plaintiffs' amendment will not prejudice Defendant. Plaintiffs respectfully request that this Court grant Plaintiffs leave to file the *Amended Complaint*, attached as Exhibit 1 to this *Motion*.

Plaintiffs incorporated the attached memorandum in support as if fully set forth herein.

Wherefore, Plaintiffs pray that this Court grant their *Motion for Leave*, and enter the attached *Amended Complaint* into the records.

| | |
|---|---|
| October 11, 2023 | */s/ Eric R. Miller* <br> **ERIC R. MILLER** <br> Louisiana State Bar Number 21359 <br> THE KULLMAN FIRM <br> 4605 Bluebonnet Blvd., Suite A <br> Baton Rouge, Louisiana 70809 <br> Telephone: (225) 906-4250 <br> Facsimile: (225) 906-4230 <br> Email: EM@kullmanlaw.com <br> <br> **MINA R. GHANTOUS** <br> Louisiana State Bar Number 38627 <br> THE KULLMAN FIRM APLC <br> 1100 Poydras Street, Ste. 1600 <br> New Orleans, LA 70163 <br> Telephone: (504) 524-4162 <br> Facsimile: (504) 596-4114 <br> Email: MRG@kullmanlaw.com <br> <br> **COUNSEL FOR PLAINTIFFS** |

**CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of October, 2023 a copy of the foregoing was served upon all counsel of record by electronic mail via the Court's CM/ECF filing system.

*/s/ Eric R. Miller*
**ERIC R. MILLER**

2